**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01957-LTB

XING LIN,

      Petitioner,

v.

MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security;
PAUL D. CLEMENT, Acting Attorney General;
ROBERT MATHER, District Director, United States Citizenship and Immigration Services;
DOUGLAS MAURER, District Director, United States Immigration and Customs Enforcement;
and any other person having said Petitioner in custody,

      Respondents.
_____

**ORDER**
_____

Upon Petitioner's Motion for Stay of Removal - Petitioner is in Detention Facing Imminent Removal (Doc 19 - filed November 16, 2007), it is

ORDERED that the motion for stay is **GRANTED pending further order of Court**.

IT IS FURTHER ORDERED that Respondent has **up to and including November 29, 2007** to file a response to the Motion for Stay.  Petitioner has **up to and including December 9, 2007** to file a reply.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: November 19, 2007